## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DIOSDANIS GARCES-GUEVARA,

      Petitioner,

v.                                              No. 2:26-cv-231-SMD-JFR

MARY DE ANDA-YBARRA and
DORA CASTRO,

      Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER
## OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Diosdanis Garces-Guevara's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and Motion for Temporary Restraining Order (Doc. 2), filed on February 2, 2026. Petitioner is a citizen of Cuba and is in Immigration and Customs Enforcement's ("ICE's") custody at the Otero County Processing Center in Chaparral, New Mexico. Doc. 1 ¶¶ 17, 51.

Petitioner entered the United States without inspection on January 6, 2022 and has resided in Florida since. *Id.* ¶¶ 17, 48. DHS immediately detained Petitioner. *Id.* ¶ 17. DHS released Petitioner a week later on his own recognizance pursuant to § 1226(a). *Id.* In the following years, Petitioner represents that he obtained work authorization, attended in immigration hearings, complied with his conditions of release, and has no criminal history. *Id.* ¶ 48.

On August 19, 2025, Petitioner appeared before the Miami Immigration Court for his Master Calendar. *Id.* ¶ 49. DHS moved to dismiss Petitioner's immigration proceedings, the court granted the motion, and ICE promptly arrested and detained Petitioner as he exited the hearing. *Id.* On September 17, 2025, Petitioner filed an appeal of the dismissal, which now sits before the

BIA. *Id.* ¶ 51.

Petitioner is charged with, inter alia, inadmissibility under 8 U.S.C. § 1182(a)(6)(A)(i). *Id.* ¶ 56. Petitioner challenges his ongoing detention on the basis that his conditional parole cannot be revoked without notice or opportunity to be heard and that he is entitled to a bond hearing under 8 U.S.C. § 1226. *Id.* ¶¶ 56–58.

This Court has jurisdiction under 28 U.S.C. § 2241. The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of Petitioner's rights under 8 U.S.C. § 1226 and the Fifth Amendment. *Id.* ¶ 40; *see Hamdi v. Rumsfeld*, 542 U.S. 507, 529 (2004). Accordingly, the Court will order Respondents to answer the Petition (Doc. 1) and Motion for Temporary Restraining Order (Doc. 2).

**IT IS THEREFORE ORDERED** that Respondents shall answer the petition and motion for a preliminary injunction no later than February 17, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted. If Petitioner elects to file an optional reply, he must do so within seven of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Diosdanis Garces-Guevara from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**