## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DIOSDANIS GARCES-GUEVARA,

      Petitioner,

v.

                                          No. 2:26-cv-00231-SMD-JMR

DORA CASTRO, *et al.*,

      Respondents.

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus (Doc. 13), Final Judgment is hereby entered in favor of Petitioner Diosdanis Garces-Guevara and against Respondents Markwayne Mullin, Todd Blanche, Todd Lyons, Mary De Anda-Ybarra, and Dora Castro.[1]

_____

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), an action does not abate when a public officer who is a party in official capacity resigns or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party, and any misnomer not affecting the parties' substantial rights must be disregarded. While the court may order substitution at any time, the absence of such an order does not affect the substitution.